UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CRAIG WILLIAM AUBUCHON, | ) | No. CV 11-09619-VBK |
| Plaintiff, | )<br>) | JUDGMENT |
| v. | )<br>) | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | )<br>)<br>)<br>) | |
| Defendant. | )<br>) | |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: August 22, 2012            /s/
                                  VICTOR B. KENTON
                                  UNITED STATES MAGISTRATE JUDGE